# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: **19MJ4915**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSICA RENDON,

    Defendant.

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape Federal Custody (Felony)



FILED
NOV - 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant being duly sworn states:

On or about November 05, 2019, within the Southern District of California, defendant Jessica Rendon, did escape from an institution and facility in which she was confined by direction of the Attorney General, or his authorized representative, by willfully failing to remain within the extended limits of her confinement, to wit: Ocean View CoreCivic, located at 551 South 35th Street, San Diego, California, said custody and confinement being by virtue of her felony conviction for Importation of Methamphetamine, in violation of Title 21, United States Code, Section 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

PHILIP P. O'TOOLE
Deputy U.S. Marshal
U.S. Marshals Service

Sworn to before me and subscribed in my presence, this 5th day of November 2019.

HONORABLE ALLISON GODDARD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Philip P. O'Toole, being duly sworn, hereby depose and say;

I am currently employed as a Deputy United States Marshal (DUSM), and have been so employed for approximately sixteen (16) months.

On November 3, 2019, I was assigned to investigate the escape and current whereabouts of Jessica RENDON. RENDON was placed in escape status while at Core Civic. located at 551 South 35th St. San Diego, California, 92113. Following my assignment to this case, I have reviewed records maintained by the Core Civic, the Bureau of Prisons, United States District Court, and the United States Marshals Service for relevant information and documents which provided the following facts:

RENDON received a sentence of 18 months from U.S. District Court Judge Cathy Ann Bencivengo, in the Southern District of California on February 1, 2019 for Importation of Methamphetamine.

On October 1, 2019, RENDON was transferred from FCI Dublin to the Core Civic, Ocean View facility, to complete the remainder of her sentence. RENDON was scheduled to be released on November 27, 2019.

On November 3, 2019, at approximately 1600 hrs census count, Core Civic monitor, Salgado, reported that there was no Jessica RENDON accounted for in the facility. Core Civic supervisor, Ariaza reviewed the recorded CCTV camera system and viewed that RENDON departed her assigned room, and at 1456 Hrs. RENDON walked out the main exit entry door wearing a black shirt, blue jeans, black boots. RENDON did not return to return to Core Civic located at 551 South 35th St. San Diego, California, 92113. Escape procedures were undertaken. At about November 3, 2012 at 5:25 pm, RENDON was officially placed on escape status.

RENDON remains a fugitive at large as her current whereabouts are unknown.